United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FASTLY, INC., DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:24-cv-03549-JST<br><br>**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER** |

On behalf of (party name) Defendant Fastly, Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Jason J. Mendro, Jessica Valenzuela, and Zaneta J. Kim / Gibson, Dunn & Crutcher LLP

Name(s) of counsel withdrawing from representation and firm name:
Daniel Robert Gherardi, Matthew Rawlinson, Melanie Marilyn Blunschi / Latham & Watkins

Date: September 18, 2026

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: September 22, 2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE