GIBSON, DUNN & CRUTCHER LLP
Jason J. Mendro (Bar No. 220842)
jmendro@gibsondunn.com
1700 M Street NW
Washington, DC 20036-4504
Telephone: 202.887.3726
Facsimile: 202.530.9626

Jessica I. Valenzuela (Bar No. 220934)
jvalenzuela@gibsondunn.com
Zaneta J. Kim (Bar No. 317844)
zkim@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5282
Facsimile: 650.849.5333

*Attorneys for Defendants Todd Nightingale, Ronald Kisling, Aida Alvarez, Artur Bergman, Richard Daniels, David Hornik, Paula Loop, Charles Meyers, Christopher Paisley, Vanessa Smith and Nominal Defendant Fastly, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FASTLY, INC., DERIVATIVE LITIGATION | Case No.: 4:24-cv-03549-JST |
| | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO FILE SCHEDULING ORDER** |
| | Judge: Hon. Jon S. Tigar |
| This Document Relates to: ALL ACTIONS | |

**TO ALL PARTIES AND THEIR UNDERSIGNED COUNSEL OF RECORD:**

Pursuant to Local Rules 6-1, 6-2, and 7-12, plaintiffs Anand Roy and Joshua Steffens ("Plaintiffs"), nominal defendant Fastly, Inc. ("Fastly" or the "Company"), and defendants Todd Nightingale, Ronald Kisling, Aida Alvarez, Artur Bergman, Richard Daniels, David Hornik, Paula Loop, Charles Meyers, Christopher Paisley, and Vanessa Smith (the "Individual Defendants," together with Fastly "Defendants," and Defendants together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree that good cause exists to extend the Parties' deadline to file a scheduling order or other proposed order for further proceedings with the Court in the above-captioned consolidated derivative action (the "Derivative Action") under the terms detailed herein.

**WHEREAS,** on June 12, 2024, plaintiff Anand Roy filed a shareholder derivative action purportedly on behalf of Fastly in this Court (the "*Roy* Action") (Dkt. 1);

**WHEREAS**, on July 1, 2024, plaintiff Joshua Steffens filed a shareholder derivative action purportedly on behalf of Fastly in this Court (the "*Steffens* Action");

**WHEREAS**, on August 21, 2024, the Court consolidated the *Roy* and *Steffens* Actions and appointed The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as Co-Lead Counsel for Plaintiffs in the Derivative Action (Dkt. 18)*;*

**WHEREAS**, on September 17, 2024, the Court issued an order staying the Derivative Action (Dkt. 25, the "Stay Order");

**WHEREAS**, pursuant to the Stay Order, the Derivative Action is stayed until any and all motions to dismiss in *In re Fastly, Inc. Securities Litigation*, No. 4:24-cv-03170-JST (the "Class Action") have been "finally and fully resolved, including that any appeals have been concluded or the time for seeking appellate review has passed with no further action from the parties to the Class Action";

**WHEREAS**, pursuant to the Stay Order, the Parties are required to "meet and confer and, within fourteen (14) days after the stay is lifted, submit a proposed scheduling order to the Court for approval";

Gibson, Dunn & Crutcher LLP

**WHEREAS**, on August 10, 2026, the Court granted in part and denied in part the defendants' motion to dismiss the second amended complaint in the Class Action and granted plaintiffs thirty (30) days to amend their pleading (Class Action, Dkt. 93);

**WHEREAS**, on September 8, 2026, plaintiffs in the Class Action filed a notice of intent not to amend their operative pleading (Class Action, Dkt. 99);

**WHEREAS**, on September 18, 2026, Defendants filed a motion to substitute counsel (Dkt. 28);

**WHEREAS**, the Class Action remains pending and involves factual issues that substantially overlap with those presented in this Derivative Action, and further developments in the Class Action may inform the efficient resolution of the Derivative Action, including by narrowing the issues requiring adjudication, and reducing duplicative discovery and motion practice;

**WHEREAS**, in light of these circumstances and Defendants' transition to new counsel, the Parties agree that additional time is warranted to allow incoming counsel to familiarize themselves with this Action and the related Class Action and to permit the Parties to meaningfully meet and confer regarding whether to seek a further stay of the Derivative Action or, alternatively, propose a schedule for further proceedings;

**WHEREAS**, there have been no prior time modifications in the Derivative Action as set forth in the accompanying Declaration of Zaneta J. Kim;

**WHEREAS**, the proposed extension would not affect any other existing deadlines, settings, or schedules;

**NOW, THEREFORE**, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1. The Parties' deadline to meet and confer and submit a proposed scheduling order or other proposed order governing further proceedings in the Derivative Action is extended to (30) days after entry of the Court's order approving this stipulation.
2. The stay of the Derivative Action is reinstated for the thirty-day extension period set forth in Paragraph 1. All terms and conditions of the Stay Order shall apply during that period.

Dated: September 22, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jason J. Mendro*

Jason J. Mendro (Bar No. 220842)
jmendro@gibsondunn.com
1700 M Street NW
Washington, DC 20036-4504
Telephone: 202.887.3726
Facsimile: 202.530.9626

Jessica I. Valenzuela (Bar No. 220934)
jvalenzuela@gibsondunn.com
Zaneta J. Kim (Bar No. 317844)
zkim@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5282
Facsimile: 650.849.5333

*Attorneys for Defendants Todd Nightingale, Ronald Kisling, Aida Alvarez, Artur Bergman, Richard Daniels, David Hornik, Paula Loop, Charles Meyers, Christopher Paisley, Vanessa Smith and Nominal Defendant Fastly, Inc.*

Dated: September 22, 2026

THE BROWN LAW FIRM, P.C.

By: */s/ Robert C. Moest*

Robert C. Moest, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: *rmoest@thebrownlawfirm.net*

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: *tbrown@thebrownlawfirm.net*

*Counsel for Plaintiff Anand Roy and Co-Lead Counsel for Plaintiffs*

RIGRODSKY LAW, P.A.
Vincent Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: *vl@rl-legal.com*

*Counsel for Plaintiff Joshua Steffens and Co-Lead Counsel for Plaintiffs*

**~~[PROPOSED]~~ ORDER**

Having considered the Parties' Stipulation and [Proposed] Order to Extend Deadline to File Scheduling Order, and good cause appearing, **IT IS HEREBY ORDERED**:

1. The Parties' deadline to meet and confer and submit a proposed scheduling order or other proposed order governing further proceedings in the Derivative Action is extended to thirty (30) days after entry of the Court's order approving this Stipulation.
2. The stay of the Derivative Action is reinstated for the thirty-day extension period set forth in Paragraph 1. All terms and conditions of the Stay Order shall apply during that period.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 30, 2026

HONORABLE JON S. TIGAR